O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| **RAYMOND CABRAL,** | ) | |
| | ) | |
| Petitioner, | ) | No. SACV 08-1276 CAS (AJW) |
| | ) | |
| v. | ) | |
| | ) | ORDER ADOPTING REPORT AND |
| **DOMINGO URIBE, JR., Acting Warden,** | ) | RECOMMENDATION OF MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

    DATED: June 18, 2010

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge