JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND CABRAL, | ) | CASE NO. SACV 08-1276-CAS (AJW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DOMINGO URIBE, JR., Acting Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 18, 2010

_____
Christina A. Snyder
United States District Judge